

Filed
Clerk of Court
United States District Court
By jamesburrell
On: _January 6, 2026_

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF GEORGIA
## BRUNSWICK DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** <br> **v.** <br><br> **REGINALD ANDRE BECKHAM JR.,** <br>   a.k.a. "G5," <br>   a.k.a. "GUWOP," <br>   a.k.a. "LITTLE REGGIE;" <br><br> **MICHAEL DEONTAE WELDON,** <br>   a.k.a. "SEVEN;" <br><br> **TYBERIOUS JEROME SINGLETON,** <br>   a.k.a. "TEEG," <br>   a.k.a. "LAFLARE;" <br><br> **HERMAN THOMAS RAWLS,** <br>   a.k.a. "ZOE," <br>   a.k.a. "PISTOL;" <br><br> **RONNIE ALFRED MILLER,** <br>   a.k.a. "Pike," <br>   a.k.a. "Pipe;" <br><br> **BRIAN CRAIG RICHBURG,** <br><br> **CALVIN RYDELL GROVNER,** <br>   a.k.a. "BONEY;" <br><br> **MALIK TASHAWN WILLIAMS,** <br>   a.k.a. "ZU," <br>   a.k.a. "ZOO;" | **INDICTMENT NO.** 2:26cr-001 <br><br> **FILED UNDER SEAL** <br><br> **21 U.S.C. § 846** <br> **Conspiracy to Possess with Intent to Distribute and to Distribute a Controlled Substance** <br><br> **21 U.S.C. § 841(a)(1)** <br> **Possession of Controlled Substance with Intent to Distribute/Distribution of a Controlled Substance** <br><br> **18 U.S.C. § 922(g)** <br> **Possession of a Firearm and/or Ammunition by Prohibited Person** <br><br> **18 U.S.C. § 922(d)** <br> **Transferring a Firearm to Prohibited Person** <br><br> **18 U.S.C. § 932** <br> **Straw Purchase of a Firearm** <br><br> **18 U.S.C. § 924(c)** <br> **Possession of a Firearm in Furtherance of Drug Trafficking Crime** <br><br> **21 U.S.C. § 843** <br> **Use of a Communication Facility** |

| | |
|---|---|
| DAMIEN TRAVON OWENS,<br>    a.k.a. "SMOKE D;" | ) |
| | ) |
| WENDELL MACKEL MORTON,<br>    a.k.a. "KEL;" | ) |
| | ) |
| JOHNNY KENNETH<br>MITCHELL; | ) |
| | ) |
| DAVONNIS KE'MON JOHNSON; | ) |
| | ) |
| LEDELL LAMAR ELLIS,<br>    a.k.a. "MONT,"<br>    a.k.a. "KING MONT;" | ) |
| | ) |
| JOSHUA WALKER; | ) |
| | ) |
| TYSON JEROME DARDEN JR.,<br>    a.k.a. "RED;" | ) |
| | ) |
| ADAM BOLDEN,<br>    a.k.a. "GOTTI;" | ) |
| | ) |
| TERMAINE TYRONE BUTLER,<br>    a.k.a. "BUTTER,"<br>    a.k.a. "BUTTA;" | ) |
| | ) |
| DARREL ALBERT CURTIS,<br>    a.k.a. "DCURT;" | ) |
| | ) |
| GABRIEL WELDON GEIGER; | ) |
| | ) |
| ELIZABETH ANN WILLIS,<br>    a.k.a. "LIZ,"<br>    a.k.a. "HOLLYWOOD LIZ;" | ) |
| | ) |
| JACOBY ANTWON THOMAS; | ) |
| | ) |
| AMANDA LEA TROYER, | ) |

a.k.a. "TUESDAY;"                    )
                                     )
ADARRYLL LAJUANE SMART               )
JR.,                                 )
    a.k.a. "TATER,"                  )
    a.k.a. "TAE;"                    )
                                     )
JOSHUA DARNELL GRIFFIN,              )
    a.k.a. "G;"                      )
                                     )
JOHN THOMAS GUEST,                   )
    a.k.a. "WHITE MIKE;"             )
                                     )
DUNDRA SHARESS MERRELL,              )
    a.k.a. "SURV;"                   )
                                     )
HENRY CHARLES BAKER,                 )
    a.k.a. "SMOOCHIE,"               )
    a.k.a. "CJ;"                     )
                                     )
MICHAEL LETERRANCE                   )
BAKER,                               )
    a.k.a. "MIKE,"                   )
                                     )
JESSICA NICOLE BLOUNT;               )
                                     )
D' ANTHONY MAURICE                   )
OWENS;                               )
                                     )
SHANTEQUA MASHANTEICE                )
BECKHAM,                             )
    a.k.a. "TIKI;"                   )
                                     )
RHETT HATTEN WHITE;                  )
                                     )
LADARRYL JEREON WALKER;              )
                                     )
DEVIN CHRISTOPHER,                   )
ROBERSON,

a.k.a. "DEV;"                              )
                                          )
CHRISTIAN JORDAN STAGGS;                   )
                                          )
KENDALL MAURICE NIXON;                     )
                                          )
LEROY WESLEY CANNON;                       )
                                          )
AUSTIN FARR;                               )
                                          )
ANTONIO RONDELL THOMAS;                    )
                                          )
HANNAH LEE FERRELL,                        )
    a.k.a. "SHIESTY;"                      )
                                          )
SAMUEL JOHN GARNER;                        )
                                          )
DEVYN DENAE MILLER;                        )
                                          )
JOSEPH SIMMONS;                            )
                                          )
KENDRA MIYOSHA MCCRAE;                     )
                                          )
KAYA ANN MCBRAYER;                         )
                                          )
JADA LASHAY SWINSON;                       )
                                          )
EMILY FARREL LACY;                         )
                                          )
ANTWAN MANGRAM;                            )
                                          )
LOWELL WILLIAM MCGEE,                      )
    a.k.a. "TREY;"                         )
                                          )
MELISSA BUTLER;                            )
                                          )
JAMARA LEWIS CLARK,                        )
    a.k.a. "JAMAR;"                        )

REID AUSTIN CUNARD;                     )
                                        )
JUSTIN DEBERRY;                         )
                                        )
TIMOTHY GRAHAM WILLS,                   )
    a.k.a. "TIM."                       )
                                        )
MATTHEW RHODES;                         )
                                        )
AND                                     )
                                        )
JAMES ANDERSON,                         )
    a.k.a. "TREY ANDERSON;"             )
                                        )
                                        )
                                        )

**THE GRAND JURY CHARGES THAT:**

<u>COUNT ONE</u>
*Conspiracy to Possess with Intent to Distribute and to*
*Distribute a Controlled Substance*
21 U.S.C. § 846

Beginning on a date at least as early as January of 2022 up to and including the return date of this indictment, the precise dates being unknown, in Glynn, Camden, Wayne, Pierce, McIntosh, Liberty, Laurens, Dodge, and Ware Counties, and others within the Southern District of Georgia; Fulton County within the Northern District of Georgia; Nassau, Duval and Orange Counties, within the Middle District of Florida; Los Angeles County, within the Central District of California; Fannin County within the Northern District of Texas; and elsewhere, the Defendants,

REGINALD ANDRE BECKHAM JR.,
a.k.a. "G5,"
a.k.a. "GUWOP,"

Page 5 of 49

a.k.a. "LITTLE REGGIE;"

MICHAEL DEONTAE WELDON,
a.k.a. "SEVEN;"

TYBERIOUS JEROME SINGLETON,
a.k.a. "TEEG,"
a.k.a. "LAFLARE;"

HERMAN THOMAS RAWLS,
a.k.a. "ZOE,"
a.k.a. "PISTOL;"

RONNIE ALFRED MILLER,
a.k.a. "Pike,"
a.k.a. "Pipe;"

BRIAN CRAIG RICHBURG,

CALVIN RYDELL GROVNER,
a.k.a. "BONEY;"

MALIK TASHAWN WILLIAMS,
a.k.a. "ZU,"
a.k.a. "ZOO;"

DAMIEN TRAVON OWENS,
a.k.a. "SMOKE D;"

WENDELL MACKEL MORTON,
a.k.a. "KEL;"

JOHNNY KENNETH MITCHELL;

DAVONNIS KE'MON JOHNSON;

LEDELL LAMAR ELLIS,
a.k.a. "MONT,"

a.k.a. "KING MONT;"

JOSHUA WALKER;

TYSON JEROME DARDEN JR.,
a.k.a. "RED;"

ADAM BOLDEN,
a.k.a. "GOTTI;"

TERMAINE TYRONE BUTLER,
a.k.a. "BUTTER,"
a.k.a. "BUTTA;"

DARREL ALBERT CURTIS,
a.k.a. "DCURT;"

GABRIEL WELDON GEIGER;

ELIZABETH ANN WILLIS,
a.k.a. "LIZ,"
a.k.a. "HOLLYWOOD LIZ;"

JACOBY ANTWON THOMAS;

AMANDA LEA TROYER,
a.k.a. "TUESDAY;"

ADARRYLL LAJUANE SMART JR.,
a.k.a. "TATER,"
a.k.a. "TAE;"

JOSHUA DARNELL GRIFFIN,
a.k.a. "G;"

JOHN THOMAS GUEST,
a.k.a. "WHITE MIKE;"

DUNDRA SHARESS MERRELL,

a.k.a. "SURV;"

HENRY CHARLES BAKER,
a.k.a. "SMOOCHIE,"
a.k.a. "CJ;"

MICHAEL LETERRANCE BAKER,
a.k.a. "MIKE,"

JESSICA NICOLE BLOUNT;

D' ANTHONY MAURICE OWENS;

SHANTEQUA MASHANTEICE BECKHAM,
a.k.a. "TIKI;"

RHETT HATTEN WHITE;

LADARRYL JEREON WALKER;

DEVIN CHRISTOPHER, ROBERSON,
a.k.a. "DEV;"

CHRISTIAN JORDAN STAGGS;

KENDALL MAURICE NIXON;

LEROY WESLEY CANNON;

AUSTIN FARR;

ANTONIO RONDELL THOMAS;

HANNAH LEE FERRELL,
a.k.a. "SHIESTY;"

SAMUEL JOHN GARNER;

DEVYN DENAE MILLER;

JOSEPH SIMMONS;

KENDRA MIYOSHA MCCRAE;

KAYA ANN MCBRAYER;

JADA LASHAY SWINSON;

EMILY FARREL LACY;

ANTWAN MANGRAM;

LOWELL WILLIAM MCGEE,
a.k.a. "TREY;"

MELISSA BUTLER;

JAMARA LEWIS CLARK,
a.k.a. "JAMAR;"

REID AUSTIN CUNARD;

JUSTIN DEBERRY;

TIMOTHY GRAHAM WILLS,
a.k.a. "TIM."

MATTHEW RHODES;

AND

JAMES ANDERSON,
a.k.a. "TREY ANDERSON;"

aided and abetted by each other and by others known and unknown, with some

joining the conspiracy earlier and others joining later, did knowingly and

intentionally combine, conspire, confederate and agree together and with each other, and with others known and unknown, to possess with intent to distribute a mixture or substance containing a detectable amount of marijuana, a mixture or substance containing a detectable amount of tetrahydrocannabinol (THC), a mixture or substance containing a detectable amount of 3,4 - methylenedioxymethamphetamine (MDMA), a mixture and substance containing a detectable amount of eutylone, all Schedule I controlled substances; 50 grams or more of methamphetamine (actual), 500 grams or more of a mixture or substance containing a detectable amount of methamphetamine; 400 grams or more of a mixture or substance containing a detectable amount of fentanyl, 5 kilograms or more of a mixture or substance containing a detectable amount of cocaine, a quantity of Adderall, 280 grams or more of cocaine-base, a quantity of oxycodone, all Schedule II controlled substances; a quantity of hydrocodone, a Schedule III controlled substance; a quantity of alprazolam (Xanax), a Schedule IV controlled substance; and a mixture or substance containing a detectable amount of promethazine-codeine, a Schedule V controlled substance.

## COUNTS TWO THROUGH SIX
*Possession With Intent to Distribute a Controlled Substance*
21 U.S.C. § 841(a)(1)

On or about the dates and times below, within the Southern District of Georgia, the Defendants, **DAVONNIS KE'MON JOHNSON** and **JOHNNY KENNETH MITCHELL**, each being aided and abetted by the other, did knowingly and intentionally possess with intent to distribute the controlled substances identified below:

| COUNT | CONTROLLED SUBSTANCE | DATE |
|---|---|---|
| TWO | 5 grams or more of Methamphetamine (actual) a Schedule II controlled substance | August 31, 2022 |
| THREE | A mixture and substance containing a detectable amount of Fentanyl, a Schedule II controlled substance | August 31, 2022 |
| FOUR | A mixture and substance containing a detectable amount of MDMA, a Schedule I controlled substance | August 31, 2022 |
| FIVE | A mixture and substance containing a detectable amount of marijuana, a Schedule I controlled substance | August 31, 2022 |
| SIX | A mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance | August 31, 2022 |

All in violation of Title 21, United States Code, Section 841(a)(1).

## COUNTS SEVEN THROUGH TEN
*Distribution of a Controlled Substance*
21 U.S.C. § 841(a)(1)

On or about the dates and times below, within the Southern District of Georgia, the Defendants, **DAVONNIS KE'MON JOHNSON** and **JOHNNY KENNETH MITCHELL**, each being aided and abetted by the other, did knowingly and intentionally distribute the controlled substances identified below:

| COUNT | CONTROLLED SUBSTANCE | DATE |
|---|---|---|
| **SEVEN** | 5 grams or more of Methamphetamine, a Schedule II controlled substance; | August 15, 2022 |
| **EIGHT** | A mixture and substance containing a detectable amount of Fentanyl, a Schedule II controlled substance | August 15, 2022 |
| **NINE** | 5 grams or more of Methamphetamine, a Schedule II controlled substance | August 25, 2022 |
| **TEN** | 5 grams or more of Methamphetamine, a Schedule II controlled substance | August 30, 2022 |

All in violation of Title 21, United States Code, Section 841(a)(1).

## COUNT ELEVEN
*Possession of a Firearm in Furtherance of a Drug Trafficking Crime*
18 U.S.C. § 924(c)

On or about August 31, 2022, in Glynn County, within the Southern District of Georgia, the Defendant,

### JOHNNY KENNETH MITCHELL
### &
### DAVONNIS KE'MON JOHNSON,

did knowingly possess a firearm in furtherance of a drug trafficking crime for which he may be prosecuted in a court of the United States, to wit: Conspiracy to Possess with Intent to Distribute and to Distribute a Controlled Substance, in violation of Title 21, United States Code, Section 846 as charged in Count One of this Indictment, and Possession of Controlled Substances with the Intent to Distribute, in violation of Title 21, United States Code Section 841(a)(1), as charged in Counts Two through Six of this Indictment.

## COUNTS TWELVE THROUGH FOURTEEN
*Possession With Intent to Distribute a Controlled Substance*
21 U.S.C. § 841(a)(1)

On or about the dates and times below, within the Southern District of Georgia, the Defendant, **LEROY WESLEY CANNON**, did knowingly and intentionally possess with intent to distribute the controlled substances identified below:

| COUNT | CONTROLLED SUBSTANCE | DATE |
|---|---|---|
| **TWELVE** | A mixture and substance containing a detectable amount of MDMA, a Schedule I controlled substance | November 24, 2022 |
| **THIRTEEN** | A mixture and substance containing a detectable amount of marijuana, a Schedule I controlled substance | November 24, 2022 |
| **FOURTEEN** | A mixture and substance containing a detectable amount of tetrahydrocannabinol (THC), a Schedule I controlled substance | November 24, 2022 |

All in violation of Title 21, United States Code, Section 841(a)(1).

## COUNT FIFTEEN
*Possession of a Firearm in Furtherance of a Drug Trafficking Crime*
18 U.S.C. § 924(c)

On or about November 24, 2022, in Glynn County, within the Southern District of Georgia, the Defendant,

## LEROY WESLEY CANNON,

did knowingly possess a firearm in furtherance of a drug trafficking crime for which he may be prosecuted in a court of the United States, to wit: Conspiracy to Possess with Intent to Distribute and to Distribute a Controlled Substance, in violation of Title 21, United States Code Section 846, as charged in Count One of this Indictment, and Possession of Controlled Substances with the Intent to Distribute, in violation of Title 21, United States Code Section 841(a)(1), as charged in Counts Twelve through Fourteen of this Indictment.

## COUNT SIXTEEN
*Straw Purchase of a Firearm*
18 U.S.C. § 932

On or about June 14, 2023, in Glynn County, within the Southern District of Georgia, the Defendant,

**KENDRA MIYOSHA MCCRAE,**

did knowingly purchase a firearm, to wit, a Glock model 23, .40 caliber semi-automatic pistol, in and affecting interstate and foreign commerce for, on behalf of, and at the request and demand of another person, **REGINALD ANDRE BECKHAM, JR.**, knowing and having reasonable cause to believe that **REGINALD ANDRE BECKHAM, JR.** had been convicted of a crime punishable by imprisonment for a term exceeding one year.

All in violation of Title 18, United States Code, Sections 932(b)(1).

## COUNT SEVENTEEN
*Transfer of a Firearm to a Prohibited Person*
18 U.S.C. § 922(d)

Between on or about June 14, 2023, and August 12, 2025, in Glynn County, within the Southern District of Georgia, the Defendant,

**KENDRA MIYOSHA MCCRAE,**

knowingly disposed of a firearm, to wit, a Glock model 23, .40 caliber semi-automatic pistol, to **REGINALD ANDRE BECKHAM, JR.**, knowing and having reasonable cause to believe that **REGINALD ANDRE BECKHAM, JR.** had been convicted of a crime punishable by imprisonment for a term exceeding one year.

All in violation of Title 18, United States Code, Sections 922(d) and 924(a)(2).

## COUNTS EIGHTEEN THROUGH TWENTY
*Possession With Intent to Distribute a Controlled Substance*
21 U.S.C. § 841(a)(1)

On or about the dates and times below, within the Southern District of Georgia, the Defendant, **JESSICA NICOLE BLOUNT**, did knowingly and intentionally possess with intent to distribute the controlled substances identified below:

| COUNT | CONTROLLED SUBSTANCE | DATE |
|---|---|---|
| **EIGHTEEN** | A mixture and substance containing a detectable amount of Fentanyl, a Schedule II controlled substance | February 2, 2023 |
| **NINETEEN** | 5 grams or more of Methamphetamine, a Schedule II Controlled Substance | February 2, 2023 |
| **TWENTY** | A mixture and substance containing a detectable amount of Fentanyl, a Schedule II controlled substance | June 5, 2023 |

All in violation of Title 21, United States Code, Section 841(a)(1).

## COUNT TWENTY-ONE
*Distribution of a Controlled Substance (Cocaine-base)*
21 U.S.C. § 841(a)(1)

On or about August 2, 2023, in Glynn County, within the Southern District of Georgia, the Defendant,

**JACOBY ANTWON THOMAS,**

did knowingly and intentionally distribute a mixture and substance containing a detectable amount of cocaine-base, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Section 841(a)(1).

## COUNTS TWENTY-TWO THROUGH THIRTY-SIX
*Distribution of a Controlled Substance (Fentanyl)*
21 U.S.C. § 841(a)(1)

On or about the dates and times below, within the Southern District of Georgia, the Defendants listed below, did knowingly and intentionally distribute a mixture and substance containing a detectable amount of fentanyl, a Schedule II controlled substance:

| COUNT | DEFENDANTS | DATE |
|---|---|---|
| TWENTY-TWO | JACOBY ANTWON THOMAS | January 6, 2023 |
| TWENTY-THREE | JESSICA NICOLE BLOUNT | January 30, 2023 |
| TWENTY-FOUR | MICHAEL LETERRANCE BAKER | February 8, 2023 |
| TWENTY-FIVE | CALVIN RYDELL GROVNER | August 1, 2023 |
| TWENTY-SIX | CALVIN RYDELL GROVNER | August 7, 2023 |
| TWENTY-SEVEN | CALVIN RYDELL GROVNER | August 8, 2023 |
| TWENTY-EIGHT | CALVIN RYDELL GROVNER | September 18, 2023 |
| TWENTY-NINE | CALVIN RYDELL GROVNER | September 27, 2023 |
| THIRTY | ADAM BOLDEN | April 2, 2025 |
| THIRTY-ONE | ADAM BOLDEN | April 11, 2025 |
| THIRTY-TWO | ADAM BOLDEN | April 14, 2025 |
| THIRTY-THREE | MALIK TASHAWN WILLIAMS | May 8, 2025 |
| THIRTY-FOUR | MALIK TASHAWN WILLIAMS | May 16, 2025 |

| COUNT | DEFENDANTS | DATE |
|---|---|---|
| THIRTY-FIVE | TYSON JEROME DARDEN, JR. | May 22, 2025 |
| THIRTY-SIX | TERMAINE TYRONE BUTLER | November 2, 2025 |

All in violation of Title 21, United States Code, Section 841(a)(1).

## COUNTS THIRTY-SEVEN THROUGH FORTY-FIVE
*Distribution of a Controlled Substance (Methamphetamine)*
21 U.S.C. § 841(a)(1)

On or about the dates and times below, within the Southern District of Georgia, the Defendants listed below, did knowingly and intentionally distribute 5 grams or more of Methamphetamine (actual), a Schedule II controlled substance:

| COUNT | DEFENDANTS | DATE |
|---|---|---|
| THIRTY-SEVEN | CALVIN RYDELL GROVNER | September 18, 2023 |
| THIRTY-EIGHT | CALVIN RYDELL GROVNER | September 27, 2023 |
| THIRTY-NINE | CALVIN RYDELL GROVNER | October 23, 2023 |
| FORTY | MICHAEL DEONTAE WELDON | April 22, 2024 |
| FORTY-ONE | AMANDA LEA TROYER | April 22, 2024 |
| FORTY-TWO | JOSHUA DARNELL GRIFFIN | October 15, 2024 |
| FORTY-THREE | JOSHUA DARNELL GRIFFIN | October 18, 2024 |
| FORTY-FOUR | JOHN THOMAS GUEST | April 9, 2025 |
| FORTY-FIVE | TYBERIOUS JEROME SINGLETON | April 9, 2025 |

All in violation of Title 21, United States Code, Section 841(a)(1)

## COUNTS FORTY-SIX THROUGH FIFTY-THREE
*Distribution of a Controlled Substance (Cocaine)*
21 U.S.C. § 841(a)(1)

On or about the dates and times below, within the Southern District of Georgia, the Defendants listed below, did knowingly and intentionally distribute a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance:

| COUNT | DEFENDANTS | DATE |
|---|---|---|
| FORTY-SIX | **CHRISTIAN JORDAN STAGGS** | May 5, 2023 |
| FORTY-SEVEN | **TYBERIOUS JEROME SINGLETON** | February 22, 2024 |
| FORTY-EIGHT | **TYBERIOUS JEROME SINGLETON** | February 29, 2024 |
| FORTY-NINE | **TYBERIOUS JEROME SINGLETON** | March 4, 2025 |
| FIFTY | **TYBERIOUS JEROME SINGLETON** | March 14, 2025 |
| FIFTY-ONE | **TYBERIOUS JEROME SINGLETON** | April 1, 2025 |
| FIFTY-TWO | **TYBERIOUS JEROME SINGLETON** | April 18, 2025 |
| FIFTY-THREE | **HENRY CHARLES BAKER** | May 5, 2025 |

All in violation of Title 21, United States Code, Section 841(a)(1).

## COUNTS FIFTY-FOUR THROUGH SIXTY-FOUR
*Possession With Intent to Distribute a Controlled Substance*
21 U.S.C. § 841(a)(1)

On or about the dates and times below, within the Southern District of Georgia, the Defendant, **MICHAEL DEONTAE WELDON**, did knowingly and intentionally possess with intent to distribute the controlled substances identified below:

| COUNT | CONTROLLED SUBSTANCE | DATE |
|---|---|---|
| FIFTY-FOUR | 50 grams or more of Methamphetamine, (actual), a Schedule II controlled substance | May 22, 2024 |
| FIFTY-FIVE | A mixture and substance containing a Detectable amount of Fentanyl, a Schedule II controlled substance | May 22, 2024 |
| FIFTY-SIX | A mixture and substance containing a detectable amount of MDMA, a Schedule I controlled substance | May 22, 2024 |
| FIFTY-SEVEN | A mixture and substance containing a detectable amount of marijuana, a Schedule I controlled substance | May 22, 2024 |
| FIFTY-EIGHT | A mixture and substance containing a detectable amount of cocaine-base, a Schedule II controlled substance | May 22, 2024 |
| FIFTY-NINE | A mixture and substance containing a detectable amount of Adderall, a Schedule II controlled substance | May 22, 2024 |
| SIXTY | A quantity of Alprazolam pills, a Schedule IV controlled substance | May 22, 2024 |
| SIXTY-ONE | A detectable amount of oxycodone, a Schedule II controlled substance | May 22, 2024 |

| COUNT | CONTROLLED SUBSTANCE | DATE |
|---|---|---|
| SIXTY-TWO | 50 grams or more of Methamphetamine, (actual), a Schedule II controlled substance | June 14, 2024 |
| SIXTY-THREE | A mixture or substance containing a detectable amount of marijuana, a Schedule I controlled substance | June 14, 2024 |
| SIXTY-FOUR | A mixture and substance containing a detectable amount of MDMA, a Schedule I controlled substance | June 14, 2024 |

All in violation of Title 21, United States Code, Section 841(a)(1).

<u>COUNT SIXTY-FIVE</u>
*Possession of a Firearm by a Prohibited Person*
18 U.S.C. § 922(g)(1)

On or about July 22, 2024, in Glynn County, within the Southern District of Georgia, the Defendants,

**GABRIEL WELDON GEIGER,**
**and**
**ELIZABETH ANN WILLIS,**

knowing they had been convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess, in and affecting commerce, to wit, an American Tactical 20-gauge shotgun, and a Armi Tanfoglio Giuseppe, .25 caliber pistol, both of which had been transported in interstate commerce.

All in violation of Title 18, United States Code, Section 922(g)(1).

## COUNT SIXTY-SIX
*Possession With Intent to Distribute a Controlled Substance*
21 U.S.C. § 841(a)(1)

On or about the dates and times below, within the Southern District of Georgia, the Defendant, **CALVIN RYDELL GROVNER**, did knowingly and intentionally possess with intent to distribute the controlled substances identified below:

| COUNT | CONTROLLED SUBSTANCE | DATE |
|-------|----------------------|------|
| **SIXTY-SIX** | A mixture and substance containing a detectable amount of Fentanyl, a Schedule II controlled substance | July 24, 2024 |

All in violation of Title 21, United States Code, Section 841(a)(1).

## COUNTS SIXTY-SEVEN THROUGH SIXTY-NINE
*Possession With Intent to Distribute a Controlled Substance*
21 U.S.C. § 841(a)(1)

On or about the dates and times below, in Glynn County, within the Southern District of Georgia, the Defendant, **KENDALL MAURICE NIXON**, did knowingly and intentionally possess with intent to distribute the controlled substances identified below:

| COUNT | CONTROLLED SUBSTANCE | DATE |
|-------|----------------------|------|
| **SIXTY-SEVEN** | A mixture and substance containing a detectable amount of cocaine-base, a Schedule II controlled substance | April 10, 2025 |
| **SIXTY-EIGHT** | A mixture and substance containing a detectable amount of marijuana a Schedule I controlled substance | April 10, 2025 |
| **SIXTY-NINE** | A mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance | April 10, 2025 |

All in violation of Title 21, United States Code, Section 841(a)(1).

## COUNTS SEVENTY THROUGH SEVENTY-TWO
*Possession With Intent to Distribute a Controlled Substance*
21 U.S.C. § 841(a)(1)

On or about the dates and times below, in Glynn County, within the Southern District of Georgia, the Defendant, **TYSON JEROME DARDEN JR,** did knowingly and intentionally possess with intent to distribute the controlled substances identified below:

| COUNT | CONTROLLED SUBSTANCE | DATE |
|---|---|---|
| **SEVENTY** | 5 grams or more of Methamphetamine, a Schedule II controlled substance | May 14, 2025 |
| **SEVENTY-ONE** | A mixture and substance containing a detectable amount of Fentanyl, a Schedule II controlled substance | May 14, 2025 |
| **SEVENTY-TWO** | A mixture and substance containing a detectable amount of cocaine-base, a Schedule II controlled substance | May 14, 2025 |

All in violation of Title 21, United States Code, Section 841(a)(1).

## COUNTS SEVENTY-THREE THROUGH SEVENTY-FOUR
*Possession With Intent to Distribute a Controlled Substance*
21 U.S.C. § 841(a)(1)

On or about the dates and times below, within the Southern District of Georgia, the Defendant, **HERMAN THOMAS RAWLS**, did knowingly and intentionally possess with intent to distribute the controlled substances identified below:

| COUNT | CONTROLLED SUBSTANCE | DATE |
|-------|----------------------|------|
| **SEVENTY-THREE** | 500 grams or more of a mixture or substance containing a detectable amount of cocaine, a Schedule II controlled substance | July 10, 2025 |
| **SEVENTY-FOUR** | 28 grams or more of a mixture or Substance containing cocaine-base, a Schedule II controlled substance | July 10, 2025 |

All in violation of Title 21, United States Code, Section 841(a)(1).

## COUNTS SEVENTY-FIVE THROUGH SEVENTY-SIX
*Possession With Intent to Distribute a Controlled Substance*
21 U.S.C. § 841(a)(1)

On or about the dates and times below, within the Southern District of Georgia, the Defendant,

### REGINALD ANDRE BECKHAM JR.,

did knowingly and intentionally possess with intent to distribute the controlled substances identified below:

| COUNT | CONTROLLED SUBSTANCE | DATE |
|---|---|---|
| **SEVENTY -FIVE** | A mixture and substance containing a detectable amount of Fentanyl, a Schedule II controlled substance | August 12, 2025 |
| **SEVENTY -SIX** | A mixture and substance containing a detectable amount of tetrahydrocannabinol (THC), a Schedule I controlled substance | August 12, 2025 |

All in violation of Title 21, United States Code, Section 841(a)(1).

## COUNT SEVENTY-SEVEN
*Possession of Firearms in Furtherance of a Drug Trafficking Crime*
18 U.S.C. § 924(c)

On or about August 12, 2025, in Glynn County, within the Southern District of Georgia, the Defendants,

**REGINALD ANDRE BECKHAMJR.,**
**and**
**JADA SWINSON,**

did knowingly possess firearms in furtherance of a drug trafficking crime for which the Defendants may be prosecuted in a court of the United States, to wit: Conspiracy to Possess with Intent to Distribute and to Distribute a Controlled Substance, in violation of Title 21, United States Code, Section 846 as charged in Count One of this Indictment, and Possession of Controlled Substances with the Intent to Distribute, in violation of Title 21, United States Code Section 841(a)(1), as charged in Counts Seventy Five and Seventy Six of this Indictment.

All in violation of Title 18, United States Code, Section 924(c).

## COUNT SEVENTY-EIGHT
*Possession of a Firearm by a Prohibited Person*
18 U.S.C. § 922(g)(1)

On or about August 12, 2025, in Glynn County, within the Southern District of Georgia, the Defendant,

## REGINALD ANDRE BECKHAM, JR.,

knowing he had been convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess, in and affecting commerce, firearms and ammunition, to wit, a Glock, Model 23, .40 caliber pistol; and a SCCY 9mm pistol, both of which had been transported in interstate commerce.

All in violation of Title 18, United States Code, Section 922(g)(1).

## COUNT SEVENTY-NINE
*Possession of a Firearm by a Prohibited Person*
18 U.S.C. § 922(g)(1)

On or about July 8, 2023, in Glynn County, within the Southern District of Georgia, the Defendant,

**RONNIE ALFRED MILLER,**

knowing he had been convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess, in and affecting commerce, a firearm, to wit, a Taurus, .380 pistol, which had been transported in interstate commerce.

All in violation of Title 18, United States Code, Section 922(g)(1).

## COUNT EIGHTY
*Using, Carrying or Possessing a Firearm During and in Relation to a Drug Trafficking Crime and in Furtherance of a Drug Trafficking Crime*
18 U.S.C. § 924(c)

On or about July 10, 2025, in Glynn County, within the Southern District of Georgia, the Defendant,

## HERMAN THOMAS RAWLS,

used, carried and possessed a firearm during and in relation to a drug trafficking crime, and did knowingly possess a firearm in furtherance of a drug trafficking crime, for which he may be prosecuted in a court of the United States, to wit: Conspiracy to Possess with Intent to Distribute and to Distribute a Controlled Substance, in violation of Title 21, United States Code Section 846, as charged in Count One of this Indictment, and Possession of Controlled Substances with the Intent to Distribute, in violation of Title 21, United States Code Section 841(a)(1), as charged in Counts Seventy-Three and Seventy Four of this Indictment.

## COUNTS EIGHTY-ONE THROUGH EIGHTY-TWO
*Possession With Intent to Distribute a Controlled Substance*
21 U.S.C. § 841(a)(1)

On or about the dates and times below, within the Southern District of Georgia, the Defendant, **ADARRYLL LAJUANE SMART JR.**, did knowingly and intentionally possess with intent to distribute the controlled substances identified below:

| COUNT | CONTROLLED SUBSTANCE | DATE |
|---|---|---|
| **EIGHTY-ONE** | A mixture and substance containing a detectable amount of Fentanyl, a Schedule II controlled substance | August 12, 2025 |
| **EIGHTY-TWO** | A mixture and substance containing a detectable amount of marijuana, a Schedule I controlled substance | August 12, 2025 |

All in violation of Title 21, United States Code, Section 841(a)(1).

## <u>COUNTS EIGHTY-THREE THROUGH EIGHTY-FOUR</u>
*Possession With Intent to Distribute a Controlled Substance*
21 U.S.C. § 841(a)(1)

On or about the dates and times below, within the Southern District of Georgia, the Defendant, **HENRY CHARLES BAKER**, did knowingly and intentionally possess with intent to distribute the controlled substances identified below:

| COUNT | CONTROLLED SUBSTANCE | DATE |
|---|---|---|
| EIGHTY-THREE | A mixture and substance containing a detectable amount of hydrocodone, a Schedule III controlled substance | August 22, 2025 |
| EIGHTY-FOUR | A mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance | August 22, 2025 |

All in violation of Title 21, United States Code, Section 841(a)(1).

## COUNTS EIGHTY-FIVE THROUGH EIGHTY-NINE
*Possession With Intent to Distribute a Controlled Substance*
21 U.S.C. § 841(a)(1)

On or about the dates and times below, within the Southern District of Georgia, the Defendant, **DAMIEN TRAVON OWENS,** did knowingly and intentionally possess with intent to distribute the controlled substances identified below:

| COUNT | CONTROLLED SUBSTANCE | DATE |
|---|---|---|
| EIGHTY-FIVE | A mixture or substance containing a detectable amount of cocaine, a Schedule II Controlled Substance | December 11, 2025 |
| EIGHTY-SIX | A mixture and substance containing a detectable amount of hydrocodone, a Schedule III controlled substance | December 11, 2025 |
| EIGHTY-SEVEN | A mixture and substance containing a detectable amount of cocaine-base, a Schedule II controlled substance | December 11, 2025 |
| EIGHTY-EIGHT | A mixture and substance containing a detectable amount of marijuana a Schedule I controlled substance | December 11, 2025 |
| EIGHTY-NINE | A mixture and substance containing a detectable amount of oxycodone, a Schedule II controlled substance | December 11, 2025 |

All in violation of Title 21, United States Code, Section 841(a)(1).

## COUNTS NINETY THROUGH ONE HUNDRED
*Use of Communication Facility*
21 U.S.C. § 843(b)

On or about the dates and times below, within the Southern District of Georgia, and elsewhere, the Defendants listed below, aided and abetted by each other and by others known and unknown, knowingly and intentionally used a communication facility, to wit, one or more telephones, in committing, causing, and facilitating the conspiracy to possess with intent to distribute, and to distribute controlled substances, as alleged in Count One of this Indictment, which constitutes a felony violation of Title 21 U.S.C. § 846:

| COUNT | DEFENDANT | DATE AND TIME | TELEPHONE NUMBERS/ SESSIONS |
|---|---|---|---|
| NINETY | ANTWAN TREMAINE MANGRAM | November 1, 2023 11:00 AM---11:28AM | 912-603-8036 |
| NINETY-ONE | JAMES ANDERSON | January 5, 2024 12:25AM—12:39AM | 912-237-9305 |
| NINETY-TWO | ANTWAN TREMAINE MANGRAM | October 15, 2024 5:01PM --5:11 | 912-603-8036 |
| NINETY-THREE | AUSTIN PATRICK FARR | December 12, 2024 1:11PM –1:18PM | 912-230-2074 |
| NINETY-FOUR | JUSTIN WAYNE DEBERRY | January 19, 2025 5:10PM--5:18PM | 229-392-4337 |
| NINETY-FIVE | JUSTIN WAYNE DEBERRY | January 21, 2025 12:47PM –2:48PM | 229-392-4337 |
| NINETY-SIX | AUSTIN PATRICK FARR | April 10, 2025 7:12PM –8:33 PM | 912-230-2074 |

| COUNT | DEFENDANT | DATE AND TIME | TELEPHONE NUMBERS/ SESSIONS |
|---|---|---|---|
| NINETY-SEVEN | **MATTHEW BRADLEY RHODES** | May 27, 2025 | 614-940-4110 Sessions: 960 & 962 |
| NINETY-EIGHT | **JOSEPH HENRY SIMMONS** | June 19, 2025 | 912-689-6070 Sessions: 199, 205, 207, 209, 214 |
| NINETY-NINE | **MELISSA JEAN BUTLER** | June 25, 2025 | 912-706-7307 Session: 753 |
| ONE HUNDRED | **MELISSA JEAN BUTLER** | June 27, 2025 | 912-706-7307 Session: 921 |

## <u>NOTICE OF ENHANCED PUNISHMENT</u>
21 U.S.C. § 851

For the purpose of enhanced sentences pursuant to Title 21, United States Code, Section 851, the Government alleges that the following Defendants have been previously convicted of one or more serious drug or serious violent felonies, for which that defendant served a sentence greater than 12 months of imprisonment and was released from any term of imprisonment within 15 years of the commencement of the applicable offense charged in the indictment:

- **REGINALD ANDRE BECKHAM, JR.** was convicted of Possession with Intent to Distribute Cocaine Base in violation of 21 U.S.C. § 841(a)(1) and (b)(1)(C) in Southern District of Geogia Case Number 2:13-cr-024.

- **ADAM BOLDEN** was convicted of Sale of a Controlled Substance in violation of Fla. Stat. § 893.13(1)(a)(1) in Circuit Court of the Eighth Judicial Circuit in and for Levy County, Florida Case Number 38-2010-CK-227A, and Sale of a Controlled Substance and Possession of a Controlled Substance with Intent to Sell in violation of Fla. Stat. § 893.13(1)(a)(1) in Circuit Court of the Eighth Judicial Circuit in and for Levy County, Florida Case Number 38-2014-CF-210A.

- **TERMAINE TYRONE BUTLER** was convicted of Possession of Cocaine with Intent to Distribute in Superior Court of Glynn County, Georgia case number CR-1700419.

- **TYSON JEROME DARDEN, JR.** was convicted of Aggravated Assault in Superior Court of Glynn County, Georgia case number CR-1300329-063.

- **LEDELL LAMAR ELLIS** was convicted of Aggravated Assault and Burglary in Superior Court of Glynn County, Georgia case number CR-1500862-063.

- **DUNDRA SHARESS MERRELL** was convicted of Possession of Hydrocodone with Intent to Distribute in Superior Court of Glynn County, Georgia case number CR-1200605-063, and Aggravated Assault in Superior Court of Glynn County, Georgia case number CR-1300329-063.

- **WENDELL MACKEL MORTON** was convicted of two counts of Aggravated Assault in Superior Court of Glynn County, Georgia case number CR-1100142-063, Possession of Marijuana with Intent to Distribute in Superior Court of Glynn County, Georgia case number CR-1300214-063, and Possession of Marijuana with Intent to Distribute in Superior Court of Glynn County, Georgia case number CR-1800439.

- **HERMAN THOMAS RAWLS** was convicted of Conspiracy to Distribute and Possess with Intent to Distribute Cocaine in violation of 21 U.S.C. §§ 846 and 841(a)(1) and (b)(1)(B) in Northern District of Geogia Case Number 1:14-cr-285.

- **MICHAEL DEONTAE WELDON** was convicted of Possession of Marijuana with Intent to Distribute in Superior Court of Houston County, Georgia case number 2010 C 43950.

- **MALIK TASHAWN WILLIAMS** was convicted Conspiracy to Possess with Intent to Distribute Cocaine in violation of 21 U.S.C. §§ 846 and 841(b)(1)(B) in Southern District of Geogia Case Number 2:18-cr-050.

As a result, the Defendants listed above are subject to increased punishment under Title 21, United States Code, Section 841(a)(1) as outlined in the penalty certification.

## FORFEITURE ALLEGATIONS

The allegations contained in Counts One through One Hundred of this Indictment are hereby re-alleged and incorporated by reference for the purpose of alleging forfeitures pursuant to Title 21, United States Code, Section 853, Title 18, United States Code, Section 924(d), Title 49, United States Code, Section 80303, Title 26, United States Code, Section 5872, and Title 28, United States Code, Section 2461(c).

Pursuant to Title 21, United States Code, Section 853, upon conviction for any offense in violation of Title 21, United States Code set forth in this Indictment, Defendants:

**REGINALD ANDRE BECKHAM JR.,**
**a.k.a. "G5,"**
**a.k.a. "GUWOP,"**
**a.k.a. "LITTLE REGGIE;"**

**MICHAEL DEONTAE WELDON,**
**a.k.a. "SEVEN;"**

**TYBERIOUS JEROME SINGLETON,**
**a.k.a. "TEEG,"**
**a.k.a. "LAFLARE;"**

**HERMAN THOMAS RAWLS,**
**a.k.a. "ZOE,"**
**a.k.a. "PISTOL;"**

**RONNIE ALFRED MILLER,**
**a.k.a. "Pike,"**
**a.k.a. "Pipe;"**

**BRIAN CRAIG RICHBURG,**

Page 43 of 49

CALVIN RYDELL GROVNER,
a.k.a. "BONEY;"

MALIK TASHAWN WILLIAMS,
a.k.a. "ZU,"
a.k.a. "ZOO;"

DAMIEN TRAVON OWENS,
a.k.a. "SMOKE D;"

WENDELL MACKEL MORTON,
a.k.a. "KEL;"

JOHNNY KENNETH MITCHELL;

DAVONNIS KE'MON JOHNSON;

LEDELL LAMAR ELLIS,
a.k.a. "MONT,"
a.k.a. "KING MONT;"

JOSHUA WALKER;

TYSON JEROME DARDEN JR.,
a.k.a. "RED;"

ADAM BOLDEN,
a.k.a. "GOTTI;"

TERMAINE TYRONE BUTLER,
a.k.a. "BUTTER,"
a.k.a. "BUTTA;"

DARREL ALBERT CURTIS,
a.k.a. "DCURT;"

GABRIEL WELDON GEIGER;

ELIZABETH ANN WILLIS,
a.k.a. "LIZ,"
a.k.a. "HOLLYWOOD LIZ;"

JACOBY ANTWON THOMAS;

AMANDA LEA TROYER,
a.k.a. "TUESDAY;"

ADARRYLL LAJUANE SMART JR.,
a.k.a. "TATER,"
a.k.a. "TAE;"

JOSHUA DARNELL GRIFFIN,
a.k.a. "G;"

JOHN THOMAS GUEST,
a.k.a. "WHITE MIKE;"

DUNDRA SHARESS MERRELL,
a.k.a. "SURV;"

HENRY CHARLES BAKER,
a.k.a. "SMOOCHIE,"
a.k.a. "CJ;"

MICHAEL LETERRANCE BAKER,
a.k.a. "MIKE,"

JESSICA NICOLE BLOUNT;

D' ANTHONY MAURICE OWENS;

SHANTEQUA MASHANTEICE BECKHAM,
a.k.a. "TIKI;"

RHETT HATTEN WHITE;

LADARRYL JEREON WALKER;

Page 45 of 49

DEVIN CHRISTOPHER, ROBERSON,
a.k.a. "DEV;"

CHRISTIAN JORDAN STAGGS;

KENDALL MAURICE NIXON;

LEROY WESLEY CANNON;

AUSTIN FARR;

ANTONIO RONDELL THOMAS;

HANNAH LEE FERRELL,
a.k.a. "SHIESTY;"

SAMUEL JOHN GARNER;

DEVYN DENAE MILLER;

JOSEPH SIMMONS;

KENDRA MIYOSHA MCCRAE;

KAYA ANN MCBRAYER;

JADA LASHAY SWINSON;

EMILY FARREL LACY;

ANTWAN MANGRAM;

LOWELL WILLIAM MCGEE,
a.k.a. "TREY;"

MELISSA BUTLER;

JAMARA LEWIS CLARK,

a.k.a. "JAMAR;"

REID AUSTIN CUNARD;

JUSTIN DEBERRY;

TIMOTHY GRAHAM WILLS,
a.k.a. "TIM."

MATTHEW RHODES;

AND

JAMES ANDERSON,
a.k.a. "TREY ANDERSON;"

shall forfeit to the United States any property constituting, or derived from, any proceeds obtained, directly or indirectly, as a result of such offense and any property used, or intended to be used, in any manner or part to commit, or to facilitate the commission of, the offense(s), including but not limited to:

1. Smith & Wesson, .38 caliber revolver S/N D153566,

2. Lorcin I25 .25 caliber pistol S/N 33375.

3. Cobra FS380 .380 caliber pistol S/N FS087889;

4. Eight (8) rounds of 9mm ammunition;

5. Taurus, model: G2C, S/N ADB966276;

6. SCCY, Model: CPX1 9mm pistol, S/N C109830;

7. Taurus Protector .38 caliber revolver, S/N GX51921

8. Century Arms Canik TP9 Elite SC , 9mm pistol, S/N T647222CB37106

9. 36 rounds of .40 caliber ammunition in purple Crown Royal bag

10. Six (6) .25 caliber rounds removed from Armi Tanfogio Giuseppe pistol

11. Armi Tanfogio Giuseppe, .25 caliber handgun, S/N M86124

12. Black Sling Shot Nomad 20-gauge shotgun, S/N 20SB22-000090

13. $40,000.00 in U.S. currency from Safe Deposit Box #16 in the name of Kaya McBrayer at Sun Trust Bank, St. Simons Island, GA;

14. $14,000 in U.S. currency;

15. $1,127.00 in U.S. Currency

16. Assorted ammunition;

17. Glock 23, S/N CABW667;

18. SCCY 9mm pistol, S/N C453696

19. One 30-round AR magazine loaded with LC21 green tip rounds one box (50 rounds)

20. 50 rounds of Winchester .40 caliber;

21. 1 Box of Winchester 7.62x39mm rounds

22. Taurus, 605 revolver, S/N LX19965;

23. One 9mm magazine and other miscellaneous ammunition

24. $1,450 in U.S. currency.

Upon conviction of any offense alleged in this Indictment, the above-named Defendants shall forfeit to the United States pursuant to Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c) any firearm, ammunition, and other property, involved in that offense, including but not limited to:

A True Bill

_Margaret E. Heap_
Margaret E. Heap
United States Attorney

_Jennifer J. Kirkland_
Jennifer J. Kirkland
Assistant United States Attorney
*Lead Counsel

_Patricia G. Rhodes_
Patricia G. Rhodes
Assistant United States Attorney
Chief, Criminal Division

John P. Harper III
Assistant United States Attorney
*Co-lead Counsel